IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID J. EPPLIN and
SUSAN EPPLIN,

    Plaintiffs,

v.

STEWART TITLE GUARANTY CO.,

    Defendant.                        Case No. 10-cv-697-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management purposes, in particular to remind Defendant of its obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by filing a corporate disclosure statement. Thus, the Court **ORDERS** Defendant to file its disclosure statement within ten (10) days from the date of issuance of this Order.

    **IT IS SO ORDERED.**

Signed this 6th day of October, 2010.

    /s/    David R Herndon
    **Chief Judge**
    **United States District Court**