IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID J. EPPLIN and
SUSAN EPPLIN,

    Plaintiffs,

-vs-

STEWART TITLE
GUARANTY COMPANY,

    Defendant/Third Party Plaintiff,

-vs-

RANDOLPH COUNTY ABSTRACT, LLC,

    Third Party Defendant.        NO. 10-CV-697-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 12, 2011, this case is **DISMISSED** with prejudice.

                                 NANCY J. ROSENSTENGEL,
                                 CLERK OF COURT


                            **BY:**      */s/Sandy Pannier*
                                             **Deputy Clerk**

Dated: October 21, 2011

Digitally signed by David R. Herndon
Date: 2011.10.21 16:27:07 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT